AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   5:21-cv-109

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kygo Masonry

was received by me on *(date)*   4/15/2021

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                               ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*               , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Amanda Cawthron/ Registered Agent   , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   Kygo Masonry                                on *(date)*   4/15/2021   ; or
   @ 600 Boulevard South SW, Ste. 104-J Huntsville, AL 35802

☐ I returned the summons unexecuted because                                 ; or

☐ Other *(specify)*:   NEW ADDRESS SERVED AT IS 600 BOULEVARD SOUTH SW, SUITE 104-J, HUNSTVILLE, AL 35802

My fees are $           for travel and $           for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/15/2021                     /s/SHEILA BROOKS
                                    *Server's signature*

                                    Sheila Brooks  SPS
                                    *Printed name and title*

                                    P.O. Box 26675, Bham, AL 35260
                                    *Server's address*   205-978-7188

Additional information regarding attempted service, etc: