# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOE KENDALL, ) | |
| ) | |
| ) | Civil Action File |
| Plaintiff, ) | No. 5:21-cv-00109- TES |
| ) | |
| vs. ) | |
| ) | |
| KYGO MASONRY, LLC, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## [proposed] DEFAULT JUDGMENT

This action having come before the Court on Plaintiff's Motion for Default Judgment against Defendant KYGO Masonry, LLC, and the Court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $31,982.00. This includes $21,760.00 in unpaid wages and liquidated damages and $9,660.00 in reasonable attorneys' fees, and $562.00 in costs.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
HON. TILMAN E. SELF
UNITED STATES DISTRICT JUDGE